FILED

DEC 1 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,  )
                           )
    Plaintiff,             )
                           )
vs.                        )
                           )  CASE NO. A04-0289 MJ (JDR)
EXOUSIA, INC, d/b/a MAVRIK AIRE )  A05-121CR(JWS)
                           )
                           )
    Defendant              )
_____)

### NOTICE OF APPEAL

**COMES NOW** Defendant Exousia, Inc., d/b/a Mavrik Aire, by and through counsel, and hereby gives notice that appeal is being taken from the final Memorandum Opinion issued by United States Magistrate Judge John D. Roberts and entered in the above captioned proceeding on November 22, 2005.

**DATED** this 14th day of December, 2005.

#0411072

_Phebe Love for_
Charles Winegarden AK Bar # 8506089
Attorney Defendant

NOTICE OF APPEAL - Page No. 1
U.S. v Exousia, Inc., d/b/a Mavrik Aire   A04-0289 MJ (JDR)

*Charles A. Winegarden, Esq. • 100 Trading Bay Drive, Suite 8 • Kenai, Alaska 99611 • 907-283-5774 • Fax 907-283-5771*

I, the undersigned, certify that a true and correct copy of:
NOTICE OF APPEAL was [x] mailed, [x] faxed, [ ] hand delivered,
to the following on this 14th day of December, 2005.

Lisa D. Doehl
Office of Regional Solicitor
4230 University Dr., Suite 300
Anchorage, AK 99508
Fax: (907) 271-4143

*Carol Schweitzer*
Carol Schweitzer

A05-0121-CR (JWS)   12-19-05

C. WINEGARDEN
REGIONAL SOLICITOR'S OFFICE
MAGISTRATE JUDGE ROBERTS

NOTICE OF APPEAL - Page No. 2
U.S. v Exousia, Inc., d/b/a Mavrik Aire   A04-0289 MJ  (JDR)

Charles A. Winegarden, Esq. • 100 Trading Bay Drive, Suite 8 • Kenai, Alaska 99611 • 907-283-5774 • Fax 907-283-5771