**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FILED
DEC 19 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA   v.   EXOUSIA, INC. d/b/a MAVRIK AIRE

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK

CASE NO. A05-0121CR (JWS)

Shari Fuhrer

PROCEEDINGS: **CLERK'S NOTICE**           DATE: December 19, 2005

    Defendant filed a Notice of Appeal to a judge of the U.S. District Court from the U.S. Magistrate Judge's Memorandum Opinion dated November 22, 2005. . This matter is assigned to Judge John W. Sedwick; all further filings shall bear the U.S. District Court case number: A05-0121CR (JWS). The Notice of Appeal has been entered, and a file-stamped copy of said Notice is enclosed. Defendant has ten (10) days from receipt of this notification to order a transcript or duplicate recording tape for appeal purposes. A copy of such request must be filed with this court. If defendant has not ordered a transcript or tape within ten (10) days, the record on appeal shall be deemed complete for appeal purposes.

    To order the necessary tape or transcript, defendant shall complete the enclosed form AO 435 (Transcript Order) or AO 436 (Tape Order) as well as the Transcript Designation Form and return it to this office.

    Once the record on appeal is complete a Clerk's Notice certifying the record will be forwarded to the parties designating the time for the filing of appeal briefs.

A05-0121-CR (JWS)     12/19/05

C. WINEGARDEN
REGIONAL SOLICITOR'S OFFICE
MAGISTRATE JUDGE ROBERTS

3