IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
FEB 27 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| EXOUSIA, INC, d/b/a MAVRIK AIRE )<br>)<br>Appellant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>)<br>Appellee )<br>) | CASE NO. A05-0121CR (JWS) |

### NON OPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**COMES NOW** Appellant, by and through counsel, and moves the court pursuant to D.AK. LR 7.1, and FRAP 26 for a thirty day extension until April 1, 2006 to file Appellant's opening brief.

Counsel for Appellant is the principal contractor for the Office of Public Advocacy on the Kenai Peninsula, and has had back to back trials since the beginning of January. Counsel's court schedule and requisite trial preparation did not allow sufficient time to develop the appeal.

Appellee does not oppose the extension.

**DATED** this 24th day of February, 2006.

C. A. Winegarden
Charles Winegarden AK Bar # 8506089
Attorney for Appellant

*Charles A. Winegarden, Esq.* • 100 Trading Bay Drive, Suite 8 • Kenai, Alaska 99611 • 907-283-5774 • Fax 907-283-5771

NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF - Page No. 1
U.S. v Exousia, Inc., d/b/a Mavrik Aire   A05-0121CR (JWS)

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of:
NON OPPOSED MOTION FOR EXTENSION OF TIME;
was [X] mailed, [X] faxed, [ ] hand delivered, to the
following on this 27th day of February, 2006.

Lisa D. Doehl
Office of Regional Solicitor
4230 University Dr., Suite 300
Anchorage, AK 99508
Fax: (907) 271-4143

_Carol Schweitzer_
Office of Charles Winegarden

Charles A. Winegarden, Esq. • 100 Trading Bay Drive, Suite 8 • Kenai, Alaska 99611 • 907-283-5774 • Fax 907-283-5771

NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF - Page No. 2
U.S. v Exousia, Inc., d/b/a Mavrik Aire    AO5-0121CR (JWS)