MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*     v.     *EXOUSIA INC.*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:05-cr-00121 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**          Date:  March 2, 2006

    The motion at docket 8 for an extension of time until April 1, 2006, to file opening brief on appeal is **GRANTED** for good cause shown as follows:  The brief shall be filed by Monday, **April 3, 2006.**