RECEIVED

MAR 0 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EXOUSIA, INC, d/b/a MAVRIK AIRE )<br>)<br>Appellant, )<br>)<br>vs. )<br>) CASE NO. AO5-0121CR (JWS)<br>UNITED STATES OF AMERICA )<br>)<br>)<br>Appellee )<br>_____ ) | |

## NOTICE OF FILING ORDER

**COMES NOW** Appellant by and thru counsel, and gives notice to the court of filing the Order Granting Extension of Time To File Opening Brief. Appellant's Motion for Extension of Time was inadvertently filed without the accompanying order.

**DATED** this 2nd day of March, 2006.

*C. A. Winegarden*
Charles A. Winegarden AK Bar # 8506089
Counsel for Defendant

NOTICE OF FILING ORDER - Page No. 1
Exousia, Inc., d/b/a Mavrik Aire v US    AO5-0121CR (JWS)

Charles A. Winegarden, Esq. • 100 Trading Bay Drive, Suite 8 • Kenai, Alaska 99611 • 907-283-5774 • Fax 907-283-5771

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of:
NOTICE OF FILING ORDER was
[x] mailed, [x] faxed, [ ]hand delivered, to the
following on this 2nd day of March, 2006.

Lisa D. Doehl
Office of Regional Solicitor
4230 University Dr., Suite 300
Anchorage, AK 99508
Fax: (907) 271-4143

*Carol Schwitzer*
Office of Charles Winegarden

Charles A. Winegarden, Esq. • 100 Trading Bay Drive, Suite 8 • Kenai, Alaska 99611 • 907-283-5774 • Fax 907-283-5771

NOTICE OF FILING ORDER  - Page No. 2
Exousia, Inc., d/b/a Mavrik Aire v US    AO5-0121CR (JWS)