

RECEIVED
MAR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

EXOUSIA, INC, d/b/a MAVRIK AIRE )
)
    Appellant, )
)
vs. )
) CASE NO. AO5-0121CR (JWS)
UNITED STATES OF AMERICA )
)
)
    Appellee )
_____ )

**ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

**IT IS HEREBY ORDERED** that Appellant's non-opposed motion for a extension of time to file opening brief is **GRANTED**. Appellant's opening brief shall be due on or before April 1, 2006.

**DATED** this ___ day of March, 2006.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

Charles A. Winegarden, Esq. • 100 Trading Bay Drive, Suite 8 • Kenai, Alaska 99611 • 907-283-5774 • Fax 907-283-5771