DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

LISA D. DOEHL
SPECIAL ASSISTANT U.S. ATTORNEY
Department of the Interior
Office of the Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99508-4626
Phone (907)271-4131/FAX (907)271-4143

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EXOUSIA, INC., d/b/a MAVRIK AIRE )<br>)<br>Appellant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Appellee ) | CASE NO. A05-0121 CR (JWS) |

## APPELLEE'S MOTION TO FILE EXHIBITS, AND TO DO SO IN PAPER FORMAT

Comes now the United States, by and through its undersigned counsel, and requests leave to file the exhibits before Magistrate Judge Roberts with this Court, and also permission to file them in a paper format rather than electronically. This matter is a Class B misdemeanor. Appellant and Appellee are currently in possession of the exhibits admitted into evidence by Magistrate Judge Roberts, as they were returned to the parties on December 13, 2005 (Docket No. 90). These exhibits include over-size maps and photos, several of which were marked at trial and are not available in electronic format. The undersigned does not have e-mail capability in her office, due to the court orders in *Cobel v.*

*Norton*, Civ. Action No. 96-1285 (D.DC). Furthermore, the office of the undersigned does not have the capability to scan oversize maps and does not currently have a working scanner for the standard size documents.

Counsel for the Appellant does not oppose this motion.

Respectfully submitted this 8th day of May, 2006, in Anchorage, Alaska.

> DEBORAH M. SMITH
> ACTING UNITED STATES ATTORNEY
>
> */s/ Lisa D. Doehl/*
>
> LISA D. DOEHL
>
> Special Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, a copy of the foregoing APPELLEE'S BRIEF was served by facsimile and by regular mail on the following:
Charles A. Winegarden, Esq.
100 Trading Bay Drive, Suite 8
Kenai, Alaska 99611
fax: 907 283-5771

*/s/ Tracy Gales/*

Tracy Gales, Legal Assistant
Office of the Solicitor, Alaska Region