**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA* v. *EXOUSIA INC.*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 3:05-cr-00121 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**                    Date:  May 10, 2006

    Appellee's motion at docket 14 to file exhibits in paper format is **GRANTED** for good cause shown.