DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

LISA D. DOEHL
SPECIAL ASSISTANT U.S. ATTORNEY
Department of the Interior
Office of the Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99508-4626
Telephone: (907) 271-4131/FAX: (907) 271-4143



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EXOUSIA, INC., d/b/a MAVRIK AIRE ) <br> ) <br> Appellant, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Appellee ) | CASE NO. A05-0121 CR (JWS) |

### APPELLEE'S NOTICE OF FILING OF ADMITTED EXHIBITS

Pursuant to the Order (Docket Entry No. 16) filed May 10, 2006, Appellee gives notice that on this date they have delivered to the Court the original Plaintiff's exhibits admitted into evidence by U.S. Magistrate Judge John D. Roberts. These consist of the following:

1. Map: Baird Mountains, Alaska. U.S. Geological Survey.
2. Noatak Controlled Use Area. State of Alaska.
3. Photo (camp and portion of lake).
4. Photo (camp and portion of lake).
5. Photo (lake).
6. Noatak River Ground Survey
7. Photo (GPS)
8. Map with GPS points
9. Hunter and Ranger GPS points by lake

10. Straight Line Distances
11. Resume of Joel A. Cusick
12. Notice of Filing Signed Verification (Docket No. 17)
13. Motion to Dismiss dated 6/15/05 (Docket No. 15)
14. Motion to Dismiss dated 8/19/05
15. Alaska Hunting Regulations 7/1/2004-6/30/05
16. Permit for 2004 - 2005
17. Application for Incidental Business Permit for 2004-2005
18. Alaska Big Game Transporters Activty Report for 2004.
19. Gross Receipt Report Form for 2004
20. Credit Card statement (portion)
21. Information from www.Mavrikaire.com.
22. Mavrik Aire 2004 prices
23. ~~Videotape. Western Arctic Park Case 0407.~~ 

Respectfully submitted this 22nd day of May, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

LISA D. DOEHL
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2006,
a copy of the foregoing APPELLEE'S NOTICE
OF FILING OF ADMITTED EXHIBITS was served
by facsimile and by regular mail on the following:

Charles A. Winegarden, Esq.
100 Trading Bay Drive, Suite 8
Kenai, Alaska 99611
FAX: 907-283-5771

Breane S. Dooley
Secretary