IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
MAY 2 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| EXOUSIA, INC, d/b/a MAVRIK AIRE )<br>)<br>Appellant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>)<br>Appellee )<br>_____ ) | CASE NO. AO5-0121CR (JWS) |

## MOTION TO ALLOW LATE FILING

**COMES NOW** Appellant by and thru counsel, and moves the court to allow the filing of the Reply Brief one day late. On Thursday, May 18, 2006, there was a technical malfunction in counsel's office which rendered the computer system inoperable. By the time the computers were restored on Friday, there was insufficient time to complete and file the reply.

Attempts were made on Friday and again on Monday to reach opposing counsel, but she was out of the office on both occasions. However, Appellant does not believe that the filing of the Reply one day late will unduly prejudice Appellee.

**DATED** this 2nd day of March, 2006.

_____
Charles A. Winegarden AK Bar # 8506089
Counsel for Appellant

MOTION TO ALLOW LATE FILING  - Page No. 1
Exousia, Inc., d/b/a Mavrik Aire v US    AO5-0121CR (JWS)

Charles A. Winegarden, Esq. • 100 Trading Bay Drive, Suite 8 • Kenai, Alaska 99611 • 907-283-5774 • Fax 907-283-5771

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of: MOTION TO ALLOW LATE FILING; and ORDER were [x] mailed, [x] faxed, [ ]hand delivered, to the following on this 22nd day of May, 2006.

Lisa D. Doehl
Office of Regional Solicitor
4230 University Dr., Suite 300
Anchorage, AK 99508
Fax: (907) 271-4143

*Carol Schwitzer*
Office of Charles Winegarden

MOTION TO ALLOW LATE FILING  - Page No. 2
Exousia, Inc., d/b/a Mavrik Aire v US    AO5-0121CR (JWS)