RECEIVED
MAY 24 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EXOUSIA, INC, d/b/a MAVRIK AIRE ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. AO5-0121CR (JWS) |
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| Appellee ) | |
| ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Appellant's Motion to Allow Late Filing is **GRANTED**.

Dated this ___ day of May, 2006.

_____
JOHN W. SEDWICK
Federal District Judge

Charles A. Winegarden, Esq. • 100 Trading Bay Drive, Suite 8 • Kenai, Alaska 99611 • 907-283-5774 • Fax 907-283-5771