DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

LISA D. DOEHL
SPECIAL ASSISTANT U.S. ATTORNEY
Department of the Interior
Office of the Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99508-4626
Phone (907)271-4131/FAX (907)271-4143



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EXOUSIA, INC., d/b/a MAVRIK AIRE )<br>)<br>Appellant,           )<br>)<br>vs.                             )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Appellee                  ) | CASE NO. A05-0121 CR (JWS) |

### APPELLEE'S MOTION FOR LEAVE TO FILE EXHIBIT 27 IN VIDEOTAPE (VHS) FORMAT

Comes now the United States, by and through its undersigned counsel, and requests leave to file Plaintiff's Exhibit 27 with this Court, and to do so in VHS videotape format. Plaintiff's Exhibit 27 is a videotape that was admitted into evidence by Magistrate Judge John D. Roberts. Plaintiff's Exhibit 27 was not accepted for filing when the other admitted Plaintiff's exhibits were filed on May 22, 2006, because the Appellee's Motion to File Exhibits, and to do so in Paper Format, (docket no. 14) failed to specify that the exhibits included a videotape. This was due to the inadvertence of counsel, who now requests leave to file

Exhibit 27 in videotape (VHS) format because it is not available in electronic format.

Respectfully submitted this 5th day of June, 2006, in Anchorage, Alaska.

> DEBORAH M. SMITH
> ACTING UNITED STATES ATTORNEY
>
> *(signature)*
>
> LISA D. DOEHL
> Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, a copy of the foregoing APPELLEE'S MOTION FOR LEAVE TO FILE EXHIBIT 27 IN VIDEOTAPE (VHS) FORMAT was served by facsimile and by regular mail on the following:

Charles A. Winegarden, Esq.
100 Trading Bay Drive, Suite 8
Kenai, Alaska 99611
fax: 907 283-5771

*(signature)*
Breane S. Dooley, Secretary
Office of the Solicitor, Alaska Region