RECEIVED
JUN 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| EXOUSIA, INC., d/b/a MAVRIK AIRE | ) | |
| | ) | |
| Appellant, | ) | CASE NO. A05-0121 CR (JWS) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Appellee | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Appellee's Motion to file Exhibit 27 in videotape format is **GRANTED**.

**DATED** this ___ day of _____, 2006.

_____
THE HONORABLE JOHN W. SEDWICK