MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *EXOUSIA INC.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-00121 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  June 19, 2006

The motion at docket 18 to file brief one day late is **GRANTED**.

The motion at docket 19 to file videotape in VHS format is **GRANTED.**