DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

LISA D. DOEHL
SPECIAL ASSISTANT U.S. ATTORNEY
Department of the Interior
Office of the Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99508-4626
Telephone: (907) 271-4131/FAX: (907) 271-4143

RECEIVED
JUL 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EXOUSIA, INC., d/b/a MAVRIK AIRE )<br>)<br>Appellant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Appellee ) | CASE NO. 3:05-cr-00121 (JWS) |

**APPELLEE'S NOTICE OF FILING EXHIBIT 27**

Pursuant to the Order (Docket Entry No. 20) filed June 19, 2006, Appellee gives notice that on this date it has delivered to the Court the original Plaintiff's exhibit 27 admitted into evidence by U.S. Magistrate Judge John D. Roberts. This exhibit consists of a videotape, Arctic Park Case 0407, in VHS format.

Respectfully submitted this 5th day of July, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

*/s/ Lisa D. Doehl*
LISA D. DOEHL
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006,
a copy of the foregoing APPELLEE'S NOTICE
OF FILING OF EXHIBIT 27 was served
by facsimile and by regular mail on the following:

Charles A. Winegarden, Esq.
100 Trading Bay Drive, Suite 8
Kenai, Alaska 99611
FAX: 907-283-5771

*/s/ Breane S. Dooley*
Breane S. Dooley
Secretary