DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

LISA D. DOEHL
SPECIAL ASSISTANT U.S. ATTORNEY
Department of the Interior
Office of the Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99508-4626
Phone (907)271-4131/FAX (907)271-4143

RECEIVED
JUL 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EXOUSIA, INC., d/b/a MAVRIK AIRE ) | |
| ) | |
| Appellant, ) | CASE NO. 3:05-cr-00121 CR (JWS) |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Appellee ) | |

**APPELLEE'S MOTION TO ALLOW NON ELECTRONIC FILING**

Comes now the United States, by and through its undersigned counsel, and requests permission to file all pleadings, papers and documents in this case without using the electronic CM/ECF System. The United States further requests that such leave apply retroactively to the pleadings and papers previously filed by the undersigned in paper format. This case is a class B misdemeanor that originated with a CVB violation notice that was later superseded by the filing of an information. Counsel for the Appellant does not oppose this motion. As explained further below, the undersigned is unable to access the CM/ECF System from her office.

The undersigned is an attorney with the U.S. Department of the Interior, Office of the Regional Solicitor, Alaska, who has been appointed a Special Assistant U.S. Attorney by the U.S. Attorney for the District of Alaska. The Office of the Solicitor for the U.S. Department of the Interior does not have access to the internet due to a court order in *Cobell v. Norton*, Civ. Action No. 96-1285 (RCL), (D.D.C) (December 5, 2001). Plaintiffs in that case contend that the Department of the Interior has not adequately fulfilled its trust duties to Native Americans. On December 5, 2001, the district court Judge entered a temporary restraining order that resulted in the Department of the Interior disconnecting most of its information technology systems from the Internet. The Department of the Interior remains subject to a Consent Order in that case which, *inter alia*, provides a means by which parts of the Department of the Interior may reconnect to the Internet following certain assurances and with the concurrence of the Special Master. The Office of the Solicitor has not received Internet reconnection approval, and connection to the Internet is not authorized. See Declaration.

For the reasons set forth above, the United States requests approval for filings to be made without use of the electronic system in this case.

Respectfully submitted this 5h day of July, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

*/s/ Lisa D. Doehl*
LISA D. DOEHL
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006, a copy of the foregoing APPELLEE'S MOTION TO ALLOW NON-ELECTRONIC FILING was served by facsimile and by regular mail on the following:

Charles A. Winegarden, Esq.
100 Trading Bay Drive, Suite 8
Kenai, Alaska 99611
fax: 907 283-5771

*/s/ Breane S. Dooley*
Breane S. Dooley, Secretary
Office of the Solicitor, Alaska Region

APPELLEE's MOTION TO ALLOW         3
NON-ELECTRONIC FILING
CASE NO. 3:05-cr-00121 CR (JWS)