IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
JUL 0 5 20..
CLERK U.S. DISTRICT
ANCHORAGE, AL..

| | |
|---|---|
| EXOUSIA, INC., d/b/a MAVRIK AIRE )<br>)<br>Appellant, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Appellee ) | CASE NO. 3:05-cr-00121 (JWS) |

## ORDER

IT IS HEREBY ORDERED that Appellee's Motion to allow non-electronic filing in this case is GRANTED, as long as the Office of the Solicitor, Department of the Interior is prohibited by court order from having Internet access.

DATED this ___ day of _____, 2006.

_____
The HONORABLE JOHN W. SEDWICK