DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

LISA D. DOEHL
SPECIAL ASSISTANT U.S. ATTORNEY
Department of the Interior
Office of the Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99508-4626
Phone (907)271-4131/FAX (907)271-4143

RECEIVED
JUL 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

EXOUSIA, INC., d/b/a MAVRIK AIRE )
)
        Appellant, ) CASE NO. 3:05-cr-00121 CR (JWS)
)
vs. )
)
UNITED STATES OF AMERICA )
)
        Appellee )

DECLARATION OF DENNIS J. HOPEWELL

Pursuant to 28 U.S.C. § 1746, DENNIS J. HOPEWELL declares and states under penalty of perjury as follows:

1. I am the Deputy Regional Solicitor for the Department of the Interior Office of the Solicitor, Alaska Regional Office, and am currently the Acting Regional Solicitor.

2. In the course of my employment, I am responsible for managing the Alaska Regional Office of the Office of the Solicitor.

3. The Office of the Solicitor remains subject to the Consent Order in *Cobell v. Norton*, Civ. Action No. 96-1285 (RCL) (D.D.C.). Pursuant to that Order, the Office of the Solicitor has

1

not been authorized to reconnect to the Internet. I do not know when the Office of the Solicitor will be authorized to reconnect to the Internet.

 4. The office's ability to even use the Internet for work purposes is very limited. Timekeepers and supervisors have limited access for doing payroll via the Internet but general access to the Internet is not available even to timekeepers or supervisors. Attorneys and staff are not authorized to use email at the office and their individual personal computers cannot receive email from outside of the Office of the Solicitor. Individual employees have limited approval to access the Internet from computers that do not belong to the Office of the Solicitor that are located outside of the Office of the Solicitor for work-related research and other purposes.

 5. The prohibitions on Internet access applicable to the Department is outlined in the attached Memorandum.

 6. IN TESTIMONY WHEREOF, I have subscribed my name hereto on the 30th day of June, 2006.

_____
DENNIS J. HOPEWELL
Acting Regional Solicitor
Office of the Solicitor, Alaska Region
Anchorage, Alaska