

United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240
JAN 1 1 2002

**RECEIVED**
JUL 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**RECEIVED**
JAN 1 5 2001
REG. SOLICITOR

MEMORANDUM

To: All Employees

From: James Cason  *(signed) James E Cason*
Associate Deputy Secretary

Subject: Notifications and Clarification Concerning the Continued Prohibition of Internet Access

The purpose of this memorandum is to clarify further what is and what is not permitted under a U.S. District Court Temporary Restraining Order and a Consent Order that address use of the Internet by employees, contractors, and other users of Department of the Interior (DOI) Information Systems.

The Consent Order provides a means by which parts of DOI may reconnect to the Internet following certain assurances and with the concurrence of the Special Master. Connections to the Internet through Interior-owned computers are permitted only where approved by the Associate Deputy Secretary. Currently, the Court has approved the U.S. Geological Survey (USGS) and the National Interagency Fire Center (NIFC), and the Special Master has approved a proposal to permit one computer at the DOI Watch Office to be connected to the Internet.

This policy is applicable to Information Technology (IT) systems as defined in the "Definitions" below. Within current guidance, and without specific approval from the Associate Deputy Secretary to the contrary,

## WHAT IS NOT PERMITTED

- You **are not authorized** to connect any IT system housing or providing access to individual Indian trust data to the Internet.
- You **are not authorized** to use any Interior-owned or -controlled PC or laptop for the purpose of connecting to the Internet from your office, while on travel, from your home, or anywhere else.
- You **are not authorized** to use any privately owned PC or laptop at an Interior site for the purpose of connecting to the Internet.
- You **are not authorized** to house or access individual Indian trust data in a non-Interior or unauthorized contractor IT system.
- You **are not authorized** to use any PC or laptop at the site of an Interior contractor whose IT systems house or provide access to individual Indian trust data, for the purpose of connecting to the Internet.

## WHAT IS PERMITTED

- You **are authorized** to use the following workaround solutions to conduct business, upon approval by your supervisor and the bureau Chief Information Officer (CIO) or designee:
  o System – to – System dedicated connectivity where neither end is connected, directly or indirectly, to the Internet;

- o   System – to – System connection via an Intranet where no connection to the Internet exists;
- o   Modem – to – Modem connectivity where neither end is connected, directly or indirectly, to the Internet;
- o   PC with modem via dial up connection to Application Server (such as Citrix Metaframe) or Remote Access Server (not connected to the Internet) with full security features enabled;
- o   A non-Interior computer at a non-Interior site (subject to the limitations on contractor sites), to access the Internet;
- o   An Interior computer owned by and located at an approved Interior site (USGS, NIFC, and DOI Watch Office at this writing), to access the Internet, subject to (1) the Internet activity not involving individual Indian trust data and (2) approval of the CIO responsible for the approved Internet site;
- o   Temporary storage media (e.g., diskettes, CDs, and zip disks) to transport data, that does not involve individual Indian trust data, to and from your Interior worksite; and
- o   A non-Interior site (subject to the limitations on contractor sites), or an approved Interior site (subject to the approval of the CIO responsible for that site), to host all or part of a web site not housing or providing access to individual Indian trust data.
- • You **are authorized** to propose additional specific solutions for approval by the Associate Deputy Secretary and your CIO.

For all Information Technology systems, the banner described in the Deputy Secretary's December 21 memorandum has been revised and must be replaced with the banner provided below.

Violation of this policy through unauthorized use of Department of the Interior computer systems may subject you to disciplinary action and/or other penalties and can have significant consequences for you and the Department. Specifically, violating any prohibition outlined in this memorandum, or any other violation of the Temporary Restraining Order and subsequent related court order(s), may subject you to disciplinary action. For example, failure to follow proper directives carries a recommended penalty for a first offense of up to a 14-day suspension. Depending on the nature of the violation, a more serious penalty, including removal, may be imposed for a first offense. Where a first offense results in a penalty of less than removal, subsequent violations may also result in removal from Federal service. All disciplinary actions will be taken in conformance with the Department's Handbook of Charges and Penalty Selection for Disciplinary and Adverse Actions, DM 752 Handbook 1, dated 6/27/01.

If you have questions or need clarification, please contact your supervisor or bureau CIO.

## Definitions

*Information technology system* - Any equipment or interconnected system or subsystem of equipment, that is used in the automatic acquisition, storage, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information, including computers, ancillary equipment, software, firmware and similar procedures, services (including support services), and related resources.

## Definitions (continued)

*Individual Indian trust data* – All data stored in an information technology system upon which the Government must rely to fulfill its trust duties to Native Americans pursuant to the Trust Fund Management Reform Act of 1994 (P.L. No. 103-412), other applicable statutes and orders of this [U.S. District] Court reflecting, for example, the existence of individual Indian trust assets (e.g., as derived from ownership data, trust patents, plot descriptions, surveys, jacket files, statement of accounts), the collection of income from individual Indian trust assets (e.g., as derived from deposit tickets, journal vouchers, schedule of collections), use or management of individual Indian trust assets (e.g., as derived from leases, sales, rights-of-way, investment reports, production reports, sales contracts), or the disbursement of individual Indian trust assets (e.g., as derived from transaction ledgers, check registers, transaction registers, or lists of canceled or undelivered checks).

*Individual Indian trust assets* – Lands, natural resources, monies, or other assets held in trust at a particular time by the United States, or that are or were at a particular time restricted against alienation, for individual Indians.

*House* – The storage by electronic means of individual Indian trust data.

*Access* – The ability to gain electronic entry into information technology systems.

## Required Banner

Until further notice, the following banner shall be used on Interior systems not authorized for Internet access during the login process to remind DOI employees of our policy.

> THIS IS A NOTICE OF MONITORING OF DEPARTMENT OF THE INTERIOR INFORMATION SYSTEMS. This system and all related equipment may be used only for official U.S. Government business and limited personal use authorized in the Department of the Interior Policy on Limited Personal Use of Government Office Equipment. Notwithstanding this or any other policy guidance, this system may not be connected to the Internet, in any way, unless authorized by the Office of the Secretary. Unauthorized use of this system will subject you to disciplinary action and/or other penalties. Use of this system constitutes consent to monitoring for this purpose.