# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    EXOUSIA, INC.

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                           CASE NO.   3:05-cr-00121 JWS

Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: July 7, 2006

The motion at docket 23 to allow non-electronic filing is **GRANTED**. The authorization to file by non-electronic means shall remain effective until such time as the Appellee's lawyer is authorized to and connected to the internet. Appellee's counsel shall immediately advise the court when internet connection is authorized and accomplished.

The Clerk is directed to serve copies of this and all subsequent orders on counsel for Appellee by mail.

The Clerk is further directed to scan all of Appellee's paper filings into the ECF system. After that is accomplished the paper copies received from Appellee may be destroyed.

Counsel for Appellant is directed to continue to file electronically, but to also serve a copy of all filed documents on counsel for Appellee by mail.

Regardless of the method of filing, a paper courtesy copy of any document (or collection of documents such as a motion with attached exhibits) having a length of 25 pages or more must be provided to the Clerk who will route it to the chambers of the assigned judge.